No. 98-8599.  MARIN v. SUPREME COURT OF OHIO ET AL. C. A. 6th Cir.  Certiorari denied.

No. 98-8612.  ANDREWS v. LAMBERT, DIRECTOR, CONSUMER AND FIDUCIARY COMPLIANCE DIVISION, ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 98-8638.  ORTIZ v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 98-8639.  HARRIS v. McDANIEL, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 98-8641.  ALVAREZ-FONSECA v. PEPSI COLA OF PUERTO RICO BOTTLING CO.  C. A. 1st Cir.  Certiorari denied.

No. 98-8642.  GONZALEZ v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 98-8646.  GINN v. OHIO.  Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 98-8655.  CORBIN v. ROE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 98-8670.  BUZZARD v. MORGAN, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 98-8672.  PERELMAN v. RENO, ATTORNEY GENERAL, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98-8693.  WEST v. TEXAS.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 98-8701.  OAKLEY v. RUSSELL.  C. A. 5th Cir.  Certiorari denied.

No. 98-8704.  RIED v. CHESNEY, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE.  C. A. 3d Cir. Certiorari denied.

No. 98-8705.  ROBINSON v. SIKES, WARDEN.  C. A. 11th Cir. Certiorari denied.